McGEE *v.* UNITED STATES.

No. 6, Misc.   Decided October 14, 1957.

Petitioner *pro se.*

*Solicitor General Rankin* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted.   Upon the representations made in the Solicitor General's brief, and an examination of the record, the petition for certiorari is granted, the judgment of the United States Court of Appeals for the Seventh Circuit is vacated, and the cause is remanded to the District Court for a further hearing upon all issues raised by the petitioner.

GUTIERREZ *v.* ARIZONA.

No. 25, Misc.   Decided October 14, 1957.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.